## Samuel Rosenfeld, Appellee, v. Chicagoan, Inc., Appellant.

### Gen. No. 42,352.

MᶜSURELY, J., dissents.

opinion filed March 22, 1943; rehearing denied April 5, 1943. Samuel Levin and Stanley Watson, for appellant; Levinson & Rosenfeld, for appellee; Louis Rosenfeld, of counsel. Opinion by JUSTICE O'CONNOR. "Not to be published in full."